UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.K., individually and on behalf of her child,
A.Y.,

                   Plaintiffs,

           v.

NEW YORK CITY DEPARTMENT OF
EDUCTION, THE BOARD OF
EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW YORK,
HANCELLOR KAMAR H. SAMUELS, in
his official capacity, and THE CITY OF
NEW YORK,

                   Defendants.

26-CV-850 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case and raising any other issues that may require the Court's attention.

SO ORDERED.

Dated:    April 16, 2026
            New York, New York

                               Ronnie Abrams
                               United States District Judge