UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.K., individually and on behalf of her child, A.Y.,

Plaintiffs,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION, THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, HANCELLOR KAMAR H. SAMUELS, in his official capacity, and THE CITY OF NEW YORK,

Defendants.

26-CV-850 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On July 31, 2026, Defendants' filed a status report informing the Court that the parties would provide a further update by August 21, 2026. Dkt. 17. To date, however, the parties have not done so. Accordingly, the parties shall file a joint status report by August 31, 2026.

SO ORDERED.

Dated: April 27, 2026
New York, New York

Ronnie Abrams
United States District Judge